

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2021

No. 04-20-00493-CV

John E. **LAMBERT** d/b/a Simple Network Solutions,
Appellant

v.

**SOUTHWEST TEXAS JUNIOR COLLEGE**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-02-31989-CV
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

When we granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on February 3, 2021. Before the once-extended due date, Appellant filed a second motion for an extension of time to file the brief. The second motion requests a sixty-day extension of time to file the brief.

Appellant's motion is GRANTED IN PART. Appellant's brief is due on March 5, 2021. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court